**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 05-CR-00376-REB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DOUGLAS WILFRED ADAMS,

    Defendant.

## ORDER VACATING *JAMES* HEARING

**Blackburn, J.**

This matter is before me on defendant, Douglas Wilfred Adams', motion to vacate James hearing [#69], filed December 19, 2005. Concurrent with this motion, Adams filed a notice of disposition indicating that he has reached a plea disposition with the government. There are two co-defendants who have not filed notices of disposition.

On October 5, 2005, I entered an Order for *James* Proffer. In that order I directed the government to file a *James* proffer by November 1, 2005. Any defendant wishing to object was given until December 1, 2005, to file a response and objections to the government's proffer. The government filed its *James* proffer on November 1, 2005, and defendant Adams filed a response to the government's proffer on December 1, 2005. Adams' two co-defendants have not filed any response to the government's *James* proffer.

Adams' response and objections to the government's *James* proffer have been mooted by his notice of disposition, and there now is no need for a hearing on Adams' response to the government's proffer. The two co-defendants have not filed any response or objections to the government's *James* proffer, and there is no need for or right to a *James* hearing as to the other two defendants.

**THEREFORE, IT IS ORDERED** as follows:

1) That defendant, Douglas Wilfred Adams', motion to vacate *James* hearing [#69], filed December 19, 2005, is **GRANTED**; and

2) That the *James* hearing set for January 13, 2006, is **VACATED**.

Dated December 19, 2005, at Denver, Colorado.

                                            BY THE COURT:

                                            s/ Robert E. Blackburn
                                            Robert E. Blackburn
                                            United States District Judge