**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  05-cr-00376-REB-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  DOUGLAS WILFRED ADAMS,

      Defendant.

---

## MINUTE ORDER[1]

---

      This will confirm that the sentencing hearing set in the above captioned matter is set for **May 4, 2006**, at 9:00 a.m.

Dated:  February 22, 2006

-------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.