**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  05-cr-00376-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DOUGLAS WILFRED ADAMS,

    Defendant.

**ORDER DENYING PETITION FOR EARLY TERMINATION**

**Blackburn, J.**

The matter before me is the **Petition for Early Termination of Probation** [#172] filed October 2, 2007, by the probation department. The government objects.[1] I deny the petition.

After pleading guilty on February 22, 2006, to the felony charged in Count 8 of the Indictment, defendant was sentenced on May 4, 2006, to supervised probation for a term of two years. The Probation Department seeks early termination on the grounds that "[t]he defendant has complied with the rules and regulations of probation and is no longer in need of supervision." Petition at 1.

Early termination of a sentence to probation is governed by 18 U.S.C. § 3564(c). After considering the factors set forth in 18 U.S.C. § 3553(a), and pursuant to Fed. R. Crim. P. 32.1(c), I may terminate the term of probation. 18 U.S.C. § 3564(c). I have

---

[1] *See* government's response  [#174] filed October 17, 2007.

considered carefully the factors at 18 U.S.C. § 3553(a) and the facts asserted, reasons stated, arguments advanced, and authorities cited by the probation department in support of early termination and by the government in opposition. I decline to exercise my discretion to terminate probation early.

**THEREFORE, IT IS ORDERED** that the **Petition for Early Termination of Probation** [#172] filed October 2, 2007, by the probation department **IS DENIED**;

Dated November 9, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**