IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 05-cr-00376-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DOUGLAS WILFRED ADAMS,

    Defendant.

---

## MINUTE ORDER[1]

---

The matter before the court is the **Notice of Withdrawal of Defendant Adams' Motion For Partial Repayment of Restitution by Co-Defendant Nicolas George Malis [Doc. #185]** [#187], filed January 21, 2008. After reviewing the notice, the court has concluded that the notice should be approved and that **Defendant Adams' Motion For Partial Repayment of Restitution by Co-Defendant Nicolas George Malis** [#185], filed January 11, 2008, should be withdrawn.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Withdrawal of Defendant Adams' Motion For Partial Repayment of Restitution by Co-Defendant Nicolas George Malis [Doc. #185]** [#187], filed January 21, 2008, is **APPROVED**; and

2. That **Defendant Adams' Motion For Partial Repayment of Restitution by Co-Defendant Nicolas George Malis** [#185], filed January 11, 2008, is **WITHDRAWN**.

Dated: January 22, 2008

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.